MARK BAKHIT
1358 W. SEASHORE DR.,
GILBERT, AZ 85233
PHONE: 480-203-9007
PRO SE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Mark BAKHIT,

    Plaintiff,

vs.

POLAR AIR CARGO,

    Defendant.

Case Number: 10-CV-01927-BZ

**PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION IN SUPPORT THEREOF**

Judge: Honorable Bernard Zimmerman
Date: September 20, 2010
Time: 4:00 p.m.
Court: G, 15th Floor

Under Local Rule 6-3, I respectfully ask the Court to continue the Initial Case Management Conference and all preceding ADR/Case Management deadlines, as I have yet to serve the Defendant with process. The Conference is currently set for September 20, 2010 at 4:00 p.m. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is August 30, 2010. I filed this case on May 4, 2010, making September 1, 2010 the last day to serve the Defendant pursuant to Federal Rule of Civil Procedure 4(m).

In support of this request, I declare as follows:

1. I am the Plaintiff in the above-titled matter.

2. I am not an attorney and am representing myself pro se.

3. I filed this case on May 4, 2010 to preserve my statute of limitations, but attempted to resolve the matter in the meantime by other means before serving the Defendant.

4. I was not able to resolve this matter outside of court, and therefore, I will now

PLAINTIFF'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION IN SUPPORT THEREOF; CASE NO. 10-cv-01927-BZ; PAGE 1 OF 2
[PREPARED WITH ASSISTANCE OF VLSP]

1 | serve the Defendant immediately.

2 |     5.    If the Court does not change the time, Defendant and I will not have sufficient
3 | time to meet and confer and to prepare initial disclosures and a Case Management Statement.
4 |     6.    I believe that this additional time will benefit the Court and the parties by giving
5 | adequate time to complete all initial case management duties.
6 |     I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/23/10          Signature: /s/ Mark Bakhit
                                    Mark Bakhit
                                    Pro Se

[Handwritten order:] Granted — Case management conference continued to Nov 8 2010 at 4 PM. Plaintiff shall serve this order on defendant.

30 Aug 2010    [signed] Bernard Zimmerman

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK DAVID BAKHIT,

        Plaintiff,

  v.

POLAR AIR CARGO et al,

        Defendant.
_____/

Case Number: CV10-01927 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 30, 2010, I SERVED a true and correct copy(ies) of the attached **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark David Bakhit
1358 W. Seashore Drive
Gilbert, AZ 85233

Dated: August 30, 2010

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk