UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>POLAR AIR CARGO,<br><br>　　　　Defendant(s). | No. C10-1927 BZ<br><br>**BRIEFING ORDER** |

　　　Having received plaintiff's motion to enlarge time and defendant's opposition, **IT IS ORDERED** as follows:

　　　1.　Any opposition to defendant's motion to dismiss shall be filed by **October 18, 2010.**

　　　2.　Any reply by the defendant shall be filed by **October 20, 2010**.

　　　4.　Defendant's motion to dismiss remains scheduled to be heard on **October 27, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

///

1

1 | Francisco, California 94102.

2 | Dated: October 7, 2010

```
                    _____
                           Bernard Zimmerman
                    United States Magistrate Judge
```

G:\BZALL\-BZCASES\BAHKIT V. POLAR AIR\BRIEFING ORDER2.wpd