**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK DAVID BAKHIT,<br>Plaintiff,<br>v.<br>POLAR AIR CARGO,<br>Defendant. | Case No. CV-10-01927-BZ<br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING DEFENDANT POLAR'S MOTION TO DISMISS AND GRANTING PLAINTIFF BAKHIT LEAVE TO FILE AN AMENDED COMPLAINT [F.R.C.P. RULE 12(b)(6)]**<br>**Date: October 27, 2010**<br>**Time: 10:00 a.m.**<br>**Courtroom: G, 15th Floor**<br>Action Filed: May 4, 2010<br>Trial Date: None |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

STIPULATION & [PROPOSED] ORDER GRANTING DEFENDANT POLAR'S MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND

CV-10-01927-BZ

M2Dismiss(Polar)_H101027_F101013_STIP ORD(Proposed)

**STIPULATION**

On September 14, 2010, Defendant Polar Air Cargo Worldwide, Inc. ("Polar") filed its motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6), together with a proposed Order and proof of service of the moving papers by overnight delivery to Plaintiff Bakhit [Docket Nos. 10 & 11].

On September 28, 2010, this Court issued a Briefing Order [Docket No. 13] requiring opposition to that motion to be filed and served by October 6, 2010, and any reply to be filed and served by October 13, 2010, with a hearing date of October 27, 2010.

On October 5, 2010, Bakhit filed a motion to continue [Docket No. 14] the briefing and hearing dates set by the Briefing Order. Polar opposed [Docket No. 15]. On October 7, 2010, the Court issued an amended Briefing Order [Docket No. 16] granting Bakhit to and including October 18, 2010, in which to file and serve opposition, requiring Polar's reply on October 20, and leaving the October 27, 2010 hearing date in place.

Bakhit, having further considered Polar's motion to dismiss and proposed order, is now willing to stipulate to entry of that proposed order. The material terms of that order are repeated below, and the parties hereto jointly request that it be entered forthwith as the order of the Court.

IT IS SO STIPULATED:

MARK DAVID BAKHIT, in pro per

By: /s/ Mark David Bakhit
MARK DAVID BAKHIT

Dated: October 13, 2010

MARGOLIS & TISMAN LLP

By: /s/ Mike Margolis
MIKE MARGOLIS
Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.

Dated: October 13, 2010



MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071



Printed on Recycled Paper

M2Dismiss(Polar)_H101027_F101013_STIP ORD(Proposed)

# [~~PROPOSED~~] ORDER

The parties having stipulated, and good cause appearing:

The Court hereby GRANTS Defendant Polar Air Cargo Worldwide, Inc.'s motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6), and finds as follows:

1. The entire Complaint does not "contain sufficient factual matter, accepted as true, to 'state a claim to relief' . . . ." *Ashcroft v. Iqbal*, __ U.S. __, 129 S. Ct. 1937, 1949 (2009).

2. Plaintiff fails to state a claim for age discrimination or retaliation under the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq.*, because he has not alleged the requisite elements of such claims and has failed to allege exhaustion of his administrative remedies as required by 29 U.S.C. § 626(d).

3. Plaintiff fails to state a claim for discrimination or retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, because he has not alleged the requisite elements of such claims and has failed to allege exhaustion of his administrative remedies as required by 42 U.S.C. § 2000e-5(f)(1).

4. Plaintiff fails to state a claim for discrimination or retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, because he has not alleged the requisite elements of such claims.

Therefore, it is ORDERED that Plaintiff's Complaint is dismissed with leave to amend. If Plaintiff wishes to file an Amended Complaint, he must do so within 14 days of the date of this Order. In addition, he must plead each distinct theory of liability in a separate cause of action.

IT IS SO ORDERED.

DATED: 18 Oct 2010

HON. BERNARD ZIMMERMAN
U.S. District Court Magistrate Judge

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

13-10-2010 05:10pm From- T-243 P.002/003 F-207

M2Dismiss(Polar)_H101027_F101013_STIP & ORD(Proposed)

**STIPULATION**

On September 14, 2010, Defendant Polar Air Cargo Worldwide, Inc. ("Polar") filed its motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6), together with a proposed Order and proof of service of the moving papers by overnight delivery to Plaintiff Bakhit [Docket Nos. 10 & 11].

On September 28, 2010, this Court issued a Briefing Order [Docket No. 13] requiring opposition to that motion to be filed and served by October 6, 2010, and any reply to be filed and served by October 13, 2010, with a hearing date of October 27, 2010.

On October 5, 2010, Bakhit filed a motion to continue [Docket No. 14] the briefing and hearing dates set by the Briefing Order. Polar opposed [Docket No. 15]. On October 7, 2010, the Court issued an amended Briefing Order [Docket No. 16] granting Bakhit to and including October 18, 2010, in which to file and serve opposition, requiring Polar's reply on October 20, and leaving the October 27, 2010 hearing date in place.

Bakhit, having further considered Polar's motion to dismiss and proposed order, is now willing to stipulate to entry of that proposed order. The material terms of that order are repeated below, and the parties hereto jointly request that it be entered forthwith as the order of the Court.

IT IS SO STIPULATED:

MARK DAVID BAKHIT, in pro per

By: [signature]
MARK DAVID BAKHIT

Dated: 10/13/10

MARGOLIS & TISMAN LLP

By: ______________________
MIKE MARGOLIS
Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.

Dated: ______________________

1

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

STIPULATION & [PROPOSED] ORDER GRANTING DEFENDANT POLAR'S MOTION TO DISMISS COMPLAINT WITH LEAVE TO AMEND

CV-10-01927-BZ