*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone: 650.638-2331
Facsimile:   650.638-1005

Attorneys for Plaintiff
MARK BAKHIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK BAKHIT, <br><br> Plaintiff, <br><br> vs. <br><br> POLAR AIR CARGO WORLD WIDE, and DOES 1 through 50 <br><br> Defendants. | CASE NO. 10-CV-01927-BZ <br><br> STIPULATION AND [PROPOSED] ORDER SUBSTITUTING LAW OFFICES OF ROBERT M. LUBIN AS COUNSEL FOR PLAINTIFF MARK BAKHIT |

## STIPULATION

The undersigned party and counsel hereby stipulate that Plaintiff MARK BAKHIT has retained Robert M. Lubin and the law firm of the Law Offices of Robert M. Lubin, whose address is 177 Bovet road, Suite 600, San Mateo, California 94402, whose telephone number is 650-638-2331, and whose email address is r1817@aol.com, to represent him in place of Mark

1  Bakhit, In Pro Per and hereby request the Court to permit the Law Offices of Robert M. Lubin to
2  substitute as counsel of record.
3  It is further agreed that this stipulation may be executed in counterparts.
4
5  All parties are requested to update their service lists to reflect this substitution of counsel
6  IT IS SO STIPULATED.
7  I consent to this substitution of counsel:
8
9  Dated: November /7, 2010          By: _____
10                                        MARK BAKHIT, IN PRO PER
                                          Plaintiff
11
12  I consent to this substitution and am
13  admitted to the bar of this Court:   LAW OFFICES OF ROBERT M. LUBIN
14
15  Dated: November 17 2010         By: _____
                                        ROBERT M. LUBIN, Present Attorneys
16                                      for Plaintiff MARK BAKHIT
17
18                          [PROPOSED] ORDER
19
        IT IS SO ORDERED.
20
21  Dated: November 18, 2010
22
23
24                                   By: _____
25                                       THE HON. BERNARD ZIMMERMAN
                                         UNITED STATES DISTRICT JUDGE
26
27
28

-2-