```
 1  LAW OFFICES OF ROBERT LUBIN
    ROBERT M. LUBIN, ESQ. (055863)
 2  JOSEPH CAMENZIND, IV (244154)
 3  177 Bovet Road, Suite 600
    San Mateo CA 94402
 4  Telephone: 650.638-2331
    Facsimile:  650.638-1005
 5
 6  Attorneys for Plaintiff
    MARK BAKHIT
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MARK BAKHIT, | ) | CASE NO. 10-CV-01927-BZ |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; ORDER THEREON |
| vs. | ) ) | [Local Rules 7-7, 7-12] |
| POLAR AIR CARGO WORLDWIDE, and DOES 1 through 50 | ) ) ) | |
| Defendants. | ) ) ) | |

WHEREAS Defendant POLAR AIR CARGO WORLDWIDE, INC. filed a Motion to Dismiss, which is scheduled for hearing on December 15, 2010.

WHEREAS Plaintiff has now retained the Law Office of Robert Lubin to represent him in this matter, and new counsel wish for more time to prepare a response to Defendant's motion to dismiss.

---

Bakhit v. Polar Air Cargo WorldWide, Inc.
STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; ORDER THEREON

1  IT IS HEREBY STIPULATED by and between the parties, through their respective
2  counsel, that the hearing date on Defendants' Motion to Dismiss shall be continued to
3  Wednesday, February 2, 2011.

LAW OFFICES OF ROBERT M. LUBIN

Dated: November 1**T** 2010.   By: _____
ROBERT M. LUBIN
JOSEPH CAMENZIND, IV
Attorneys for Plaintiff MARK BAKHIT

MARGOLIS & TISMAN LLP

Dated: November 18, 2010   By: _____
MIKE MARGOLIS, ESQ.
KIMBERLY L. OWENS
Attorneys for Defendant POLAR AIR CARGO WORLDWIDE, INC.

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2010

_____
THE HON. BERNARD ZIMMERMAN
UNITED STATES DISTRICT JUDGE

Bakhit v. Polar Air Cargo WorldWide, Inc.
STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; ORDER THEREON

- 2 -