UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>            Plaintiff(s),<br><br>      v.<br><br>POLAR AIR CARGO,<br><br>            Defendant(s). | No. C10-1927 BZ<br><br>**BRIEFING ORDER** |

Having continued the hearing date on defendant's motion to dismiss, **IT IS ORDERED** as follows:

    1.  Any opposition to defendant's motion to dismiss shall be filed by **January 4, 2011.**

    2.  Any reply by the defendant shall be filed by **January 12, 2011.**

    3.  Defendant's motion to dismiss is scheduled to be heard on **February 2, 2011 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

Francisco, California 94102.

Dated: November 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BAHKIT V. POLAR AIR\BRIEFING ORDER 3.FINAL VERSION.wpd