1  MIKE MARGOLIS, ESQ.  SBN: 087785
   MARGOLIS & TISMAN LLP
2  444 South Flower Street, Suite 2300
   Los Angeles, California 90071
3  Telephone: (213) 683-0300
   Facsimile: (213) 683-0303
4  Email: margolis@winlaw.com

5  KIMBERLY L. OWENS, ESQ.  SBN: 233185
   MARGOLIS & TISMAN LLP
6  MARGOLIS & TISMAN LLP
   601 Montgomery Street, Suite 2030
7  San Francisco, CA 94111
   Telephone: (415) 986-2144
8  Facsimile: (415) 986-4461
   Email: kowens@winlaw.com
9
   Attorneys for Defendant
10 POLAR AIR CARGO WORLDWIDE, INC.

11 ROBERT M. LUBIN, ESQ.  SBN: 055863
   JOSEPH CAMENZIND, IV, ESQ.  SBN: 244154
12 LAW OFFICES OF ROBERT LUBIN
   177 Bovet Road, Suite 600
13 San Mateo, CA 94402
   Telephone: (650) 638-2331
14 Facsimile: (650) 638-1005
   Email: R1817@aol.com;
15        camenzindlaw@yahoo.com

16 Attorneys for Plaintiff
   MARK DAVID BAKHIT
17

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK DAVID BAKHIT, | Case No. CV-10-01927-BZ |
| Plaintiff, | **STIPULATION & [~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES** |
| v. | |
| POLAR AIR CARGO, | [Fed. R. Civ. Proc. 26(a)(1), 29(b); Civ. L.R. 6-2] |
| Defendant. | |
| | Action Filed: May 4, 2010<br>Trial Date: December 5, 2011 |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY ST.
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION & [PROPOSED] ORDER
CONTINUING DEADLINE FOR INITIAL
DISCLOSURES

CV-10-01927-BZ

## STIPULATION OF THE PARTIES

WHEREAS, the deadline for initial disclosures in this case is currently set at December 13, 2010, pursuant to the parties' stipulation and the Court's November 30, 2010 scheduling order (docket no. 31);

WHEREAS, Federal Rule of Civil Procedure 26(a)(1)(A) provides that the deadline to make initial disclosures may be "as otherwise stipulated or ordered by the court";

WHEREAS, Federal Rule of Civil Procedure 29(b) provides that parties may stipulate to modify discovery procedures;

WHEREAS, the parties have stipulated to allow Plaintiff to file a Second Amended Complaint, and Plaintiff's counsel will be providing the proposed amended Complaint to Defendant's counsel shortly;

WHEREAS, the parties desire additional time to prepare initial disclosures;

WHEREAS, this case is scheduled for trial on December 5, 2011, and continuing the initial disclosure deadline will not delay the trial date or otherwise affect the schedule for this case;

THEREFORE, the parties to this action, by and through their counsel of record, do hereby stipulate and request the Court to order that the deadline to serve initial disclosures is continued from December 13, 2010 to and including December 23, 2010.

IT IS SO STIPULATED.

Dated: December 10, 2010                MARGOLIS & TISMAN LLP

                                        By:  /s/ Mike Margolis
                                             MIKE MARGOLIS
                                        Attorneys for Defendant
                                        POLAR AIR CARGO WORLDWIDE, INC.


Dated: December 10, 2010                LAW OFFICES OF ROBERT LUBIN

                                        By:  /s/ Robert M. Lubin
                                             ROBERT M. LUBIN
                                        Attorneys for Plaintiff
                                        MARK DAVID BAKHIT

1

STIPULATION & [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES                CV-10-01927-BZ

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | The deadline to serve initial disclosures is continued from December 13, 2010 to and including December 23, 2010. |

DATED: 10 Dec 2010

BERNARD ZIMMERMAN
United States Magistrate Judge

2

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY ST.
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION & [PROPOSED] ORDER  CV-10-01927-BZ
CONTINUING DEADLINE FOR INITIAL
DISCLOSURES