MIKE MARGOLIS, ESQ.  SBN: 087785
MARGOLIS & TISMAN LLP
444 South Flower Street, Suite 2300
Los Angeles, California  90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303
Email: margolis@winlaw.com

KIMBERLY L. OWENS, ESQ.  SBN: 233185
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
San Francisco, CA  94111
Telephone: (415) 986-2144
Facsimile: (415) 986-4461
Email: kowens@winlaw.com

Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.

ROBERT M. LUBIN, ESQ.  SBN: 055863
JOSEPH CAMENZIND, IV, ESQ.  SBN: 244154
LAW OFFICES OF ROBERT LUBIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 638-2331
Facsimile: (650) 638-1005
Email: R1817@aol.com;
          camenzindlaw@yahoo.com

Attorneys for Plaintiff
MARK DAVID BAKHIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>Plaintiff,<br><br>v.<br><br>POLAR AIR CARGO,<br><br>Defendant. | Case No. CV-10-01927-BZ<br><br>STIPULATION & [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES AND CONTINUING DEADLINE TO FILE SECOND AMENDED COMPLAINT<br><br>[Fed. R. Civ. Proc. 26(a)(1), 29(b); Civ. L.R. 6-2]<br><br>Action Filed: May 4, 2010<br>Trial Date:     December 5, 2011 |

STIPULATION & [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES & SETTING SAC DEADLINE

CV-10-01927-BZ

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY ST.
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

## STIPULATION OF THE PARTIES

WHEREAS, the parties earlier stipulated to allow Plaintiff to file a Second Amended Complaint and to extend the deadline for initial disclosures to a date after that anticipated filing, so that the current deadline for to file his Second Amended Complaint is January 6, 2011, and the current deadline for initial disclosures is January 14, 2011, pursuant to the stipulation and the Court's order of December 23, 2010 (docket no. 36);

WHEREAS, Plaintiff's counsel will be associating with another attorney and requires additional time so that the new attorney has the opportunity to review the Second Amended Complaint before it is filed, and the parties wish to have that Second Amended Complaint filed before making their initial disclosures; and

WHEREAS, this case is scheduled for trial on December 5, 2011; continuing the initial disclosure deadline will not delay the trial date or otherwise affect the schedule for this case; and Federal Rule of Civil Procedure 26(a)(1)(A) provides that the deadline to make initial disclosures may be "as otherwise stipulated or ordered by the court";

THEREFORE, the parties to this action, by and through their counsel of record, do hereby stipulate and request the Court to order that the following deadlines apply:

1. On or before 1/13/2011: Plaintiff files and serves his Second Amended Complaint;
2. On or before 1/21/2011: The parties make their initial disclosures.

IT IS SO STIPULATED.

Dated: January 6, 2011      MARGOLIS & TISMAN LLP

By: /s/ Mike Margolis
MIKE MARGOLIS
Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.

Dated: January 4, 2011      LAW OFFICES OF ROBERT LUBIN

By: /s/ Joseph Camenzind
JOSEPH CAMENZIND, IV
Attorneys for Plaintiff
MARK DAVID BAKHIT

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY ST.
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

STIPULATION & [PROPOSED] ORDER
CONTINUING DEADLINE FOR INITIAL
DISCLOSURES & SETTING SAC DEADLINE

1

CV-10-01927-BZ

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. On or before 01/13/11, Plaintiff shall file and serve his Second Amended Complaint, either in the form originally served on Defendant as a proposed pleading, or as modified to rectify such deficiencies as Defendant may have identified as the intended basis for a motion to dismiss, if any. (Defendant's right to file a motion to dismiss is unaffected by this Order.)

2. On or before 1/21/2011, the parties shall make their initial disclosures.

DATED: January 7, 2011

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

2

STIPULATION & [PROPOSED] ORDER
CONTINUING DEADLINE FOR INITIAL
DISCLOSURES & SETTING SAC DEADLINE

CV-10-01927-BZ

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
601 MONTGOMERY ST.
SUITE 2030
SAN FRANCISCO
CALIFORNIA 94111

*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:   650.638-2331
Facsimile:    650.638-1005

Attorneys for MARK BAKHIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>Plaintiff,<br><br>vs.<br><br>POLAR AIR CARGO WORLD WIDE, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. CV-10-01927-BZ<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 177 Bovet Road, Suite 600, San Mateo, California 94402. On January 6, 2011, I served the within document(s):

- STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR INITIAL DISCLOSURES AND CONTINUING DEALDLINE TO FILE AMENDED COMPLAINT

☐ By facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (650)638-1005. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

X    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelop with postage thereon fully prepaid for deposit in the United States mail at San Mateo, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelop, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

MIKE MARGOLIS, ESQ. SBN: 087785
MARGOLIS & TISMAN LLP
444 South Flower Street, Suite 2300
Los Angeles, California 90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303

//

BAKHIT v POLAR AIR CARGO WORLD WIDE, et al          CASE NO. CV-10-01927-BZ
CERTIFICATE OF SERVICE

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery pick-up box or office on the same day with postage or fees thereon fully paid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on January 6, 2011, at San Mateo, California.

_____
Patsy Nicklin

BAKHIT v POLAR AIR CARGO WORLD WIDE, et al   CASE NO. CV-10-01927-BZ
CERTIFICATE OF SERVICE

- 3 -