*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:   650.638-2331
Facsimile:     650.638-1005


*LAW OFFICE OF JOSEPH CAMENZIND, IV*
JOSEPH CAMENZIND, IV (244154)
111 North Market Street, Suite 300
San Jose, CA 95113-1116
Telephone: 408-332-5870
Facsimile: 408-490-2780

Attorneys for Plaintiff
MARK BAKHIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARK BAKHIT | ) | CASE NO.  10-CV-01927-BZ |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| Plaintiff, | ) | PLAINTIFF MARK BAKHIT'S MOTION |
| | ) | TO CONTINUE THE HEARING DATE ON |
| vs. | ) | DEFENDANT'S SUMMARY JUDGMENT |
| | ) | MOTION |
| POLAR AIR CARGO WORLDWIDE, | ) | |
| and  DOES 1 through 50 | ) | |
| | ) | |
| Defendants. | ) | |

_____

Having considered Plaintiff's motion for an order continuing the summary judgment

hearing date by one month from June 22, 2011 to July 20, 2011, and all supporting papers,

IT IS HEREBY ORDERED that good cause exists to grant the continuance, and the

_____

1   hearing date on Defendant's Motion for Summary Judgment shall be continued from June 22,

2   2011 to July 20, 2011.

3         SO ORDERED this _____ day of _____ 2011.

4

5

6

7                                   _____

8                                   THE HONORABLE BERNARD ZIMMERMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   _____
Bakhit v. Polar Air Cargo World Wide, Inc.
[PROPOSED] ORDER GRANTING PLAINTIFF MARK BAKHIT'S MOTION TO CONTINUE THE HEARING
DATE ON DEFENDANT'S SUMMARY JUDGMENT MOTION