MIKE MARGOLIS, ESQ.  SBN: 087785
MARGOLIS & TISMAN LLP
444 South Flower Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303 | Email: margolis@winlaw.com

KIMBERLY L. OWENS, ESQ.  SBN: 233185
MARGOLIS & TISMAN LLP
601 Montgomery Street, Suite 2030
San Francisco, CA  94111
Telephone: (415) 986-2144
Facsimile: (415) 986-4461 | Email: kowens@winlaw.com

Attorneys for Defendant
POLAR AIR CARGO WORLDWIDE, INC.

ROBERT M. LUBIN, ESQ.  SBN: 055863
LAW OFFICES OF ROBERT LUBIN
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone: (650) 638-2331
Facsimile: (650) 638-1005 | Email: R1817@aol.com

JOSEPH CAMENZIND, IV, ESQ.  SBN: 244154
LAW OFFICE OF JOSEPH CAMENZIND, IV
111 North Market Street, Suite 300
San Jose, CA 95113-1116
Telephone: (408) 332-5870 | Email: camenzindlaw@yahoo.com

Attorneys for Plaintiff
MARK BAKHIT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK BAKHIT,<br><br>                Plaintiff,<br><br>        v.<br><br>POLAR AIR CARGO WORLDWIDE,<br><br>                Defendant. | Case No. CV-10-01927-BZ<br><br>**STIPULATION & [PROPOSED] ORDER REGARDING PLAINTIFF MARK BAKHIT'S MOTION TO CONTINUE THE HEARING DATE ON DEFENDANT'S SUMMARY JUDGMENT MOTION**<br><br>Date:         June 22, 2011<br>Time:        10:00 a.m.<br>Courtroom:  G, 15th Floor<br><br>Action Filed: May 4, 2010<br>Trial Date:    December 5, 2011 |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

STIPULATION RE PLAINTIFF'S MOTION TO CONTINUE
SUMMARY JUDGMENT HEARING

CV-10-01927-BZ

## STIPULATION

WHEREAS, on May 23, 2011, the Parties to this action, by and through their counsel of record, met and conferred regarding the motion to continue the hearing date on Defendant's summary judgment motion that Plaintiff filed on May 20, 2011 (Docket Nos. 48-51);

WHEREAS, in that motion, Plaintiff requested continuing the summary judgment hearing date from June 22 to July 20, 2011;

WHEREAS, Defendant does not object to continuing the hearing date as proposed, provided that the prejudice to Defendant resulting from the continuance is minimized, that Magistrate Judge Zimmerman is able to hear Defendant's motion for summary judgment on July 20, 2011, that Plaintiff does not improperly use the continuance requested on the basis of unavailability of counsel due to illness to obtain additional discovery to oppose summary judgment, and that Defendant is not required to unnecessarily incur expert fees as a result of the continuance;

THEREFORE, the Parties to this action, by and through their counsel of record, do hereby stipulate that the hearing date for Defendant's motion for summary judgment is continued from June 22 to July 20, 2011, provided:

1. Magistrate Judge Zimmerman is able to hear Defendant's motion for summary judgment on July 20, 2011;

2. Plaintiff files and serves his opposition papers by June 22, 2011, and Defendant has until July 6, 2011 to file and serve its reply papers;

3. Absent any superseding agreement or court order, Plaintiff will not take any additional depositions on or before June 22, 2011, or serve any additional discovery requests or subpoenas for which a response would be due on or before June 22, 2011;

4. The expert deadlines currently set by Court order (Docket No. 31) are correspondingly continued as follows:

    a. Last Day for Expert Disclosure: Continued from August 19, 2011 to September 19, 2011;

1  b. Last day for Rebuttal Expert Disclosure: Continued from August 26, 2011 to
2  September 26, 2011; and
3  c. Last day for Expert Discovery: Continued from September 2, 2011 to October 3,
4  2011.
5  Pursuant to General Order 45, the filer attests that concurrence in the filing of this document
6  has been obtained from each of the other signatories.
7  IT IS SO STIPULATED.

Dated: May 24, 2011                              MARGOLIS & TISMAN LLP

                                                 By:___/s/ Kimberly L. Owens_____
                                                     KIMBERLY L. OWENS
                                                 Attorneys for Defendant
                                                 POLAR AIR CARGO WORLDWIDE, INC.


Dated: May 24, 2011                              LAW OFFICE OF JOSEPH CAMENZIND, IV

                                                 By:___/s/ Joseph Camenzind, IV___
                                                     JOSEPH CAMENZIND, IV
                                                 Attorneys for Plaintiff
                                                 MARK DAVID BAKHIT

2

CV-10-01927-BZ

STIPULATION RE PLAINTIFF'S MOTION TO CONTINUE
SUMMARY JUDGMENT HEARING

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

1. The noticed hearing date of June 22, 2011 for Defendant's motion for summary judgment is vacated. Defendant's motion for summary judgment will be heard by Magistrate Judge Zimmerman on <u>July 20, 2011, at 10:00 a.m.</u>;

2. **The parties shall comply with Judge Zimmerman's pretrial scheduling order (Docket No. 31) which requires motions for summary judgment to be supported by a statement of undisputed facts, to be prepared jointly where possible. In compliance with this order, Defendant shall re-file its motion for summary judgment by <u>June 8, 2011</u>.**

3. Plaintiff shall file his opposition to Defendant's motion for summary judgment on or before <u>June 29, 2011</u>, and Defendant shall file and serve its reply papers on or before <u>July 6, 2011</u>;

4. Absent any superseding agreement or court order, Plaintiff will not take any additional depositions on or before June 29, 2011, or serve any discovery requests or subpoenas for which a response is due on or before June 29, 2011; and

5. The expert deadlines in this action are continued to the following dates:

   a. Last Day for Expert Disclosure: <u>September 19, 2011</u>;

   b. Last day for Rebuttal Expert Disclosure: <u>September 26, 2011</u>; and

   c. Last day for Expert Discovery: <u>October 3, 2011</u>.

IT IS SO ORDERED.

DATED: May 24, 2011

BERNARD ZIMMERMAN
United States Magistrate Judge