TO:        Scott Welty                                    September 4, 2008
           Chief Pilot
           Polar Air Cargo

CC:        John Blakely
           Director - Training
           Polar Air Cargo

FROM:      Steve Harness
           Check Airman
           Polar Air Cargo

SUBJECT:   Line Check on First Officer Mark Bakhit

I conducted a scheduled Line Check on F/O Bakhit as part of his IOE training. The check was
scheduled prior to the start of IOE and I personally notified F/O Bakhit after the last leg of IOE
training on August 29th that his next two legs would be his checkride. The Line Check was
scheduled and flown as a two leg check with the first leg from NRT to ICN on September 2nd
and the second leg from ICN to LAX on September 3rd. I gave F/O Bakhit his choice and he
elected to perform the first leg as the "pilot flying" and the second leg as the "pilot not flying".

The first leg was a short trip from NRT to ICN. It consisted of a radar vector departure, cruise
per flight plan, a radar vector descent, and a visual ILS approach to a 25 flap landing. The ride
was uneventful and F/O Bakhit met standards of performance as the "pilot flying".

The second leg was flown from ICN to LAX. F/O Bakhit was the PNF on this flight. There were
several issues which resulted in an unsatisfactory performance. During the preflight he failed to
check the master flight plan against the loaded (by the Captain) flight route. We also were
planning a max weight takeoff. When asked what the max fuel we could have for T/O (MTOW-
ZFW) he was unable to determine the amount or why it was important. (Because of a short taxi
we had to slightly delay T/O to comply with the Max T/O Weight limit.) During the oceanic
portion of the flight we discussed the procedures to be used in the case of an emergency, in
particular an engine failure. While F/O Bakhit was able to parrot the basic 90 degree turns for a
15 mile offset, he did not know the altitude to fly, the use of radios, lights, and IFF to announce
the problem, or the procedures to use to get to the ETP airport, mixing it up with re-dispatch
routing. F/O Bakhit also knew the basics of the re-dispatch procedure, but did not know when or
how the fuel requirement could be decreased or where to find alternate communication
frequencies when ACARS and current Airinc was unavailable.

In general, during IOE I found that F/O Bakhit's aviation knowledge was sporadic and
superficial. He had a difficult time applying book knowledge to the real world. His flying skills
were mechanical. His situational awareness was weak and he had trouble prioritizing tasks.
When operating on an average, plain vanilla flight his performance was acceptable. However,
when faced with abnormal or non-standard situations he had a hard time adapting.

**POLAR AIR CARGO**

**PILOT LINE CHECK**
**B747-400**

| Name Print (Last, First, MI) | | | | |
|---|---|---|---|---|
| Bakhit, Mark D. | ☐ Captain ☒ First Officer | EMPLOYEE #: 303159 | FAA CERT CLASS: ATP |

| FAA PHYSICAL CLASS: FIRST | PHYSICAL DATE: 6/12/2008 | FAA CERT #: 5516/6632 |
|---|---|---|

| TYPE OF CHECK: | ╲ INITIAL | ___ ANNUAL | ☒ REQUAL |
|---|---|---|---|
| | ___ ADMINISTRATIVE | ___ MNPS | ___ CONSOLIDATION |

| FLIGHT #: 703/ | FROM / TO: NRT / ICN | FROM / TO: ICN / LAX |
|---|---|---|
| AIRCRAFT #: N450PA / N454PA | AIRCRAFT TYPE: B747-400 | TOTAL T/O'S / LDG'S: 1/1 | BLOCK TIME: 13+59 |

S = SATISFACTORY     U = UNSATISFACTORY     N/O = NOT OBSERVED

| PREFLIGHT: | | POST LANDING: | |
|---|---|---|---|
| FLIGHT PLANNING | U | TAXI PROCEDURES | S |
| FORMS / LOGBOOK | S | PARKING | S |
| INTERIOR / EXTERIOR INSPECTION | S | | |
| FMS PROGRAMMING | S | FLIGHT CREW: | |
| PERFORMANCE COMPUTATIONS | S | KNOWLEDGE OF EQUIPMENT | S |
| PRE-TAKEOFF (CLEARANCE, BRIEFING) | S | CREW COORDINATION / CRM | S |
| DEPARTURE: | | JUDGEMENT | S |
| START / PUSH BACK / TAXI | S | FLIGHT MANAGEMENT | S |
| TAKEOFF ☐ Captain ☒ First Officer | S | AIRCRAFT DISCREPANCIES LOGGED | S |
| DEPARTURE / SID COMPLIANCE | S | COMPLIANCE WITH AIRCRAFT LIMITATIONS | S |
| ENROUTE: | | USE OF CHECKLISTS | S |
| USE OF AUTOPILOT | S | NOISE ABATEMENT PROCEDURES | S |
| USE OF AIRBORNE RADAR | S | PNF PROCEDURES AND PROFICIENCY | S |
| ADHERENCE TO CLEARANCE | S | | |
| FMS PROCEDURES | S | CLASS II NAVIGATION: | |
| CRUISE PROCEDURES (ALTITUDES / FUEL) | S | OCEANIC CLEARANCE DELIVERY | S |
| HOLDING PROCEDURES | N/O | FMS PROCEDURES | S |
| APPROACH AND LANDING: | | POSITION PLOTTING | S |
| DESCENT PLANNING | S | ATC POSITION REPORTS | S |
| FMS PROCEDURES | S | ENROUTE WEATHER | S |
| AIRCRAFT CONFIGURATION | S | SYSTEM KNOWLEDGE | S |
| ALTITUDE / AIRSPEED CONTROL | S | MNPS PROCEDURES | S |
| STABILIZED APPROACH | S | EMERGENCY / DIVERSION PROCEDURES | U |
| APPROACH ☒ ILS ☐ NON-ILS ___ | S | | |
| ☐ CAT II ☐ CAT III ☐ VIS | | OTHER: | |
| LANDING ☐ Captain ☒ First Officer | S | RE-RELEASE FLT PLAN | U |
| MISSED APPROACH | N/O | RESULT OF CHECK | U |

COMMENTS: FLT PLANNING - U - FAILED TO CHECK FLT PLAN.
CLASS II NAV - EMER PROC - U - DID NOT KNOW ALT PROCS, UNABLE TO APPLY ROUTE PROCS
RE-RELEASE FLT PLAN - U - & UNABLE TO DETERMINE LEGAL FUEL REQ.

| CREW MEMBER (SIGNATURE) | DATE (MM/DD/YY) 09/03/08 |
|---|---|
| CHECK AIRMAN (PRINT) STEVEN M. HARNESS | EMPLOYEE # 300542 |
| CHECK AIRMAN (SIGNATURE) | DATE (MM/DD/YY) 09/03/08 |
| FAA INSPECTOR (PRINT) | FSDO |
| FAA INSPECTOR (SIGNATURE) | DATE (MM/DD/YY) |

F-210
04/20/04

PACW000006

Capt. Blakely:

This is notice of a PC failure by Mr. Bakhit. PC Form has been faxed to Training Records.

The following items were marked Unsatisfactory.

1). Oral - Domestic and International fuel and alternate wx requirements where unknown to applicant. General knowledge of Limitations was weak (did not know flap altitude limits).

2). Non-ILS - 25RLOC. Passed over FAF 1000 ft. high (deviated 400 ft. high over initial altitude to 3400 ft). Decended with Flap 25 and full speedbrake to 1900 ft then initialed a GA (was 1.2 NM from runway).

3). Landing - Rejected - During rejected landing from ILS 07L, disconnected A/T and let speed decay to 40 knots below VREF, shaker activated repeatedly, 45 deg bank and 40 degrees of heading change to the right.

All items were debriefed.

Applicant demeanor was defensive as to his attendance and prior performance. As an instructional aide during the brief, I indicated that, in my opinion, his defensive personal mannerisms were inhibiting his ability to accept instruction. I also indicated that his entire performance was marginal at best and his aeronautical knowledge was inadequate for his certificate level (ATP).

Regards,

DCW

PACW000085

FROM :                        FAX NO. : 3037803355          Oct. 28 2007 06:08PM  P1

## PILOT PROFICIENCY TRAINING/CHECK
### B747-400

**POLAR AIR CARGO**

| Name Print (Last, First, MI): RAKHIT, MARK | ☐ Captain ☑ First Officer | EMPLOYEE #: 303154 | FAA CERT CLASS: ATP |
|---|---|---|---|

| FAA PHYSICAL CLASS: FIRST | PHYSICAL DATE: 06/12/08 | FAA CERT #: 551616632 |
|---|---|---|

| TYPE OF CHECK: | ☑ P/C | ☐ P/T | ☐ TYPE RATING | ☐ RECENCY OF EXPERIENCE |
|---|---|---|---|---|

| TYPE OF TRAINING: | ☐ INITIAL | ☐ RECURRENT | ☑ REFRESHER |
|---|---|---|---|
| | ☐ TRANSITION | ☐ REQUAL | ☑ ADMINISTRATIVE |
| | ☐ UPGRADE | ☐ CONSOLIDATION | ☐ INITIAL PRM / PAR-ASR (Enter Grade for PRM Approach below) |

| LOCATION: DEN | SIMULATOR # 594 | TYPE: B747-400 | SIMULATOR LEVEL: ☐ C ☑ D |
|---|---|---|---|
| TOTAL TIME: 2+00 | TAKEOFFS: 3 | LANDINGS: 3 | (THREE TAKEOFFS & LANDINGS REQUIRED) |

### TRAINING MANEUVERS CONDUCTED DURING THE P/C WARMUP | P/C WARMUP ONLY - GRADED MANEUVERS

| ☐ CFIT | ☐ LOW VIS TAXI (SMGCS) | ☐ ILS COUPLED | NON-ILS APPROACH (One Approach Only) |
|---|---|---|---|
| ☐ UPSET | ☐ RIGHT SEAT SPECIFIC | ☐ CAT II/III APPROACH | ☐ RNAV ☐ NDB ☐ VOR ☐ LOC ☐ BKCRS |
| ☐ WINDSHEAR | ☐ AUTOLAND | | DEPARTURE STALL |

| WARM - UP INSTRUCTOR / CHECK AIRMAN: | DATE: | EMP # | LOCATION: | SIM # |
|---|---|---|---|---|
| NAME: | | SIGNATURE: | | |

### KEY: S = SATISFACTORY   W = WAIVED   N/A = NOT APPLICABLE   U = UNSATISFACTORY

| PREFLIGHT EQUIP. EXAM ☑ ORAL ☐ WRITTEN | U | ILS APPROACH NORMAL ☐ A/P ☑ MANUAL | S |
|---|---|---|---|
| INSPECTION PICTORIAL | S | ENG OUT MANUAL | S |
| STARTING PROCEDURES | S | ILS FLIGHT DIRECTOR CAT I | S |
| TAXIING | S | AUTOLAND ☐ CAT I ☑ CAT II ☐ CAT III | S |
| TAKEOFF ☑ NORMAL ☐ CROSSWIND | S | NON - ILS APPROACH ☐ VOR ☐ NDB ☑ LOC | U |
| ENGINE OUT - INSTRUMENT | S | (Check all accomplished) ☑ RNAV ☐ BKCRS ☐ PAR/ASR | |
| REJECTED | N/A | PRM APPROACH: ☐ ILS ☐ LDA With Breakout | N/A |
| AREA DEPARTURE | S | LANDINGS: ☑ NORMAL ☑ CROSSWIND | S |
| HOLDING | S | FROM ILS | S |
| STEEP TURNS (PM) | N/A | REJECTED | U |
| STALLS ☐ CLEAN (PM) ☑ DEPARTURE ☐ APPROACH (PM) | S | ENGINE OUT | S |
| FMS PROCEDURES | S | TWO ENGINE OUT (PIC ONLY) | N/A |
| AREA ARRIVAL | S | MISSED APPROACH ☑ FROM ILS ☐ OTHER | U |

| EMERGENCIES / ABNORMALS | S | CREW RESOURCE MANAGEMENT | S |
|---|---|---|---|
| JUDGEMENT | U | RESULT OF CHECK | U |

COMMENTS REQUIRED WHEN ANY MANEUVER IS GRADED AS UNSATISFACTORY: ORAL) DOMESTIC, INTERNATIONAL FUEL AND ALTERNATE WX REQ WHERE UNKNOWN TO APPLICANT, NON-ILS) 25R LOC PASSED OVER FAF 1000' HIGH (DEVIATED 400' HIGH OVER INITIAL ALT TO 3400') DECENDED @ FL25 W/ FULL SPEEDBRAKES TO 1900' AND INITIATED GA 1.2NM FROM RUNWAY, REJECTED) ON MISS (TOOK'S BELOW REF, SHAKER, 45° BANK TO 40° TURN.

| CREW MEMBER (SIGNATURE): | DATE (MM/DD/YY) 9/17/08 |
|---|---|
| CHECK AIRMAN (PRINT): DANIEL C. WELLS | EMPLOYEE # 361385 |
| CHECK AIRMAN (SIGNATURE): | DATE (MM/DD/YY) 09/17/08 |
| FAA INSPECTOR (PRINT): | FSDO |
| FAA INSPECTOR (SIGNATURE): | DATE (MM/DD/YY) |

Training Records Fax Numbers
U.S. Only (866) 329-2657   Outside U.S. (786) 265-8175

F-408
01/24/06

PACW000086

Mark David Bakhit Proficiency Check · 28 September, 2008

Mr. Bakhit was administered a Proficiency Check by me, Lawrence L. Branstetter on 28
September, 2008. Here are the items that caused me to fail him on his Proficiency
Check.

Oral:
        While Mr. Bakhit showed he had studied for his oral, however, he does not know
basic things that needs to be known to do his job as First Officer such as:
Little knowledge of the brake system.
Cargo fire system.
He didn't know he was looking at a nose gear downlock pin on the pictoral.
He didn't know location of TAT probes or auto anti-ice sensors.
He didn't know the exterior or interior safety checks.

FMS work:
        I gave him a basic combination FMS exercise (after takeoff turn right to 340
degrees, intercept the SMO 300 degree radial outbound, when twenty miles from VTU
direct VTU. He could not complete the task.

Operational:
        Programed per the setup sheet given to him runway 25R. On taxi out he was
cleared for takeoff on 25L. He did not have his sim partner select the new runway.
He was perfectly willing to taxi into postion and hold on an active runway when
visability was at 1200 feet RVR.

In general his sim partner was required to lead through most all tasks. Mr. Bakhit does
not demonstrate Command Authority or good CRM (his sim partner asked him to load an
approach incorrectly, Bakhit new it was incorrect, yet rather than voice his concern, he
elected to activate the approach).

Lawrence L Branstetter
Captain, Check Airman
Polar Air Cargo

PACW000093

**POLAR AIR CARGO**

## PILOT PROFICIENCY TRAINING/CHECK
### B747-400

Name Print (Last, First, MI): ISOKHIT ARAHER A.  ☐ Captain  ☒ First Officer   EMPLOYEE # 303159   FAA CERT CLASS: ATP

FAA PHYSICAL CLASS: FIRST   PHYSICAL DATE: 06·17·08   FAA CERT #: 5516/CCJ2

| TYPE OF CHECK: | ☒ P/C | ☐ P/T | ☒ TYPE RATING | ☐ RECENCY OF EXPERIENCE |
|---|---|---|---|---|

| TYPE OF TRAINING: | ☐ INITIAL | ☐ RECURRENT | ☐ REFRESHER |
|---|---|---|---|
| | ☐ TRANSITION | ☒ REQUAL | ☐ ADMINISTRATIVE |
| | ☐ UPGRADE | ☐ CONSOLIDATION | ☐ INITIAL PRM / PAR-ASR (Enter Grade for PRM Approach below) |

LOCATION: MIA   SIMULATOR #: 222   TYPE: B747-400   SIMULATOR LEVEL: ☒ C  ☐ D

TOTAL TIME: 2+10   TAKEOFFS: 3   LANDINGS: 3   (THREE TAKEOFFS & LANDINGS REQUIRED)

### TRAINING MANEUVERS CONDUCTED DURING THE P/C WARMUP

| | P/C WARMUP ONLY - GRADED MANEUVERS |
|---|---|
| ☐ CFIT  ☒ LOW VIS TAXI (SMGCS)  ☒ ILS COUPLED | NON-ILS APPROACH (One Approach Only) |
| ☐ UPSET  ☒ RIGHT SEAT SPECIFIC  ☒ CAT II/III APPROACH | ☐ RNAV ☐ NDB ☐ VOR ☒ LOC ☐ BKCRS    S |
| ☐ WINDSHEAR  ☒ AUTOLAND | DEPARTURE STALL    S |

WARM-UP INSTRUCTOR / CHECK AIRMAN: DATE: 9/27/08   EMP # 300932   LOCATION: MIA   SIM # 222

NAME: CHRISTOPHER NARDIELLO   SIGNATURE: [signature]

### KEY: S = SATISFACTORY   W = WAIVED   N/A = NOT APPLICABLE   U = UNSATISFACTORY

| | | | | |
|---|---|---|---|---|
| PREFLIGHT EQUIP. EXAM  ☒ ORAL ☐ WRITTEN | ✓ | ILS APPROACH NORMAL  ☒ A/P ☒ MANUAL | S |
| INSPECTION PICTORIAL | U | ENG OUT MANUAL | S |
| STARTING PROCEDURES | S | ILS FLIGHT DIRECTOR CAT I | S |
| TAXIING | S | AUTOLAND  ☐ CAT I ☒ CAT II ☐ CAT III | S |
| TAKEOFF  ☒ NORMAL ☐ CROSSWIND | S | NON-ILS APPROACH  ☐ VOR ☐ NDB ☒ LOC | S |
| ENGINE OUT - INSTRUMENT | S | (Check all accomplished)  ☐ RNAV ☐ BKCRS ☐ PAR/ASR | |
| REJECTED | S | PRM APPROACH:  ☐ ILS ☐ LDA  With Breakout | N/A |
| AREA DEPARTURE | S | LANDINGS:  ☒ NORMAL ☒ CROSSWIND | S |
| HOLDING | S | FROM ILS | S |
| STEEP TURNS (P/T) | N/A S W | REJECTED | S |
| STALLS ☐ CLEAN (P/T) ☐ DEPARTURE ☐ APPROACH (P/T) | U/A | ENGINE OUT | S |
| FMS PROCEDURES | U | TWO ENGINE OUT (PIC ONLY) | N/A |
| AREA ARRIVAL | S | MISSED APPROACH  ☒ FROM ILS ☒ OTHER | S |
| EMERGENCIES / ABNORMALS | S | CREW RESOURCE MANAGEMENT | S |
| JUDGEMENT | U | RESULT OF CHECK | U |

COMMENTS REQUIRED WHEN ANY MANEUVER IS GRADED AS UNSATISFACTORY:

FMS TAXIWMPK VERY POOR
CLEARED T/O RWY 25L PROGRAMMED 25R
B SYSTEMS KNOWLEDGE POOR, & PICTORAL WALKAROUND POOR

CREW MEMBER (SIGNATURE): [signature]   DATE (MM/DD/YY):

CHECK AIRMAN (PRINT): [handwritten] LAURENCE C   EMPLOYEE # 300165

CHECK AIRMAN (SIGNATURE): [signature]   DATE (MM/DD/YY): 07·28·08

FAA INSPECTOR (PRINT):   FSDO:

FAA INSPECTOR (SIGNATURE):   DATE (MM/DD/YY):

Training Records Fax Numbers
U.S. Only (866) 329-2857   Outside U.S. (914) 697-5070

F-408
03/16/08