UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID BAKHIT,  <br><br>Plaintiff(s),  <br><br>v.  <br><br>POLAR AIR CARGO,  <br><br>Defendant(s). | No. C10-1927 BZ  <br><br>**FINAL JUDGMENT** |

The Court having granted defendant's motion for summary judgment on August 5, 2011, **IT IS HEREBY ORDERED** that plaintiff recover nothing, the action be dismissed on the merits and defendant recover costs from plaintiff.

Dated: August 5, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BAHKIT V. POLAR AIR\FINAL JUDGMENT.wpd

1