UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK DAVID BAKHIT,

Plaintiff(s),

v.

POLAR AIR CARGO,

Defendant(s).

No. C10-1927 BZ

**BRIEFING ORDER**

**IT IS HEREBY ORDERED** as follows:

1. The Court has approved the substitution of counsel. Plaintiff is now proceeding pro se and should decide within **10 days** whether he wishes to become an **E-filer** under General Order No. 45.

2. The Court is treating plaintiff's "Motion for Amended Decision and/or Re-hearing re Trial" as a motion for relief from a final judgment under Federal Rules 59(e) and 60(b). Defendant shall file its opposition by **September 9, 2011**. Plaintiff shall file any reply by **September 14, 2011**. The

Court will schedule a hearing if it determines one is necessary.

3. Plaintiff **shall not** call chambers with requests for assistance. He shall comply with the Local Rules of Court.

Dated: August 30, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BAHKIT V. POLAR AIR\BRIEFING ORDER 8.30.11.wpd