*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:   650.638-2331
Facsimile:    650.638-1005

*LAW OFFICE OF JOSEPH CAMENZIND, IV*
JOSEPH CAMENZIND, IV (244154)
camenzindlaw@yahoo.com
111 North Market Street, Suite 300
San Jose, CA 95113
Phone: (408) 332-5870
Fax: (408) 490-2780


MARK BAKHIT
1358 W Seashore DR
Gilbert, AZ 85233
Telephone: (480) 203-9007

Proceeding Pro Se


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| MARK BAKHIT,<br><br>        Plaintiff,<br><br>    vs.<br><br>POLAR AIR CARGO WORLD WIDE,<br>and DOES 1 through 50<br>                Defendants. | CASE NO. 10-CV-01927-BZ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SUBSTITUTING PLAINTIFF<br>MARK BAKHIT, PRO SE, FOR ROBERT<br>LUBIN AND JOSEPH CAMENZIND, IV |

Bakhit v. Polar Air Cargo World Wide, Inc.,
STIPULATION AND [PROPOSED]
ORDER SUBSTITUTING PLAINTIFF MARK BAKHIT, PRO SE, FOR ROBERT LUBIN AND JOSEPH CAMENZIND, IV

**STIPULATION**

The undersigned party and counsel hereby stipulate that Robert Lubin and Joseph Camenzind, IV shall withdrawal as attorney of record for Plaintiff MARK BAKHIT and Plaintiff MARK BAKHIT shall represent himself pro se.  Plaintiff BAKHIT's address is 1358 W Seashore DR Gilbert, AZ  85233 and  his telephone number is (480) 203-9007. Mark Bakhit hereby request the Court to permit this substitution of counsel.

It is further agreed that this stipulation may be executed in counterparts.

All parties are requested to update their service lists to reflect this substitution of counsel

IT IS SO STIPULATED.

I consent to this substitution of counsel:

Dated: August ___, 2011            By: _____
                                        MARK BAKHIT, IN PRO PER
                                        Plaintiff


LAW OFFICES OF ROBERT M. LUBIN

                                        /s/ Robert M. Lubin
Dated: August 24, 2011             By: _____
                                        ROBERT M. LUBIN, Present Attorneys
                                        for Plaintiff MARK BAKHIT

                                        /s/ Joseph Camenzind
Dated: August 24, 2011             By: _____
                                        JOSEPH CAMENZIND, IV, Present
                                        Attorneys for Plaintiff MARK BAKHIT

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: August 30, 2011

                                   By: _____
                                        THE HON. BERNARD ZIMMERMAN
                                        UNITED STATES DISTRICT JUDGE

---

Bakhit v. Polar Air Cargo World Wide, Inc.,
STIPULATION AND [PROPOSED]
ORDER SUBSTITUTING  PLAINTIFF MARK BAKHIT, PRO SE,  FOR ROBERT LUBIN AND JOSEPH CAMENZIND, IV

-2-

## STIPULATION

The undersigned party and counsel hereby stipulate that Robert Lubin and Joseph Camenzind, IV shall withdrawal as attorney of record for Plaintiff MARK BAKHIT and Plaintiff MARK BAKHIT shall represent himself pro se. Plaintiff BAKHIT's address is 1358 W Seashore DR Gilbert, AZ 85233 and his telephone number is (480) 203-9007. Mark Bakhit hereby request the Court to permit this substitution of counsel.

It is further agreed that this stipulation may be executed in counterparts.

All parties are requested to update their service lists to reflect this substitution of counsel

IT IS SO STIPULATED.

I consent to this substitution of counsel:

Dated: August 25, 2011      By: _____
                            MARK BAKHIT, IN PRO PER
                            Plaintiff

LAW OFFICES OF ROBERT M. LUBIN

Dated: August __, 2011      By: _____
                            ROBERT M. LUBIN, Present Attorneys
                            for Plaintiff MARK BAKHIT

Dated: August __, 2011      By: _____
                            JOSEPH CAMENZIND, IV, Present
                            Attorneys for Plaintiff MARK BAKHIT

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: August __, 2011

                            By: _____
                            THE HON. BERNARD ZIMMERMAN
                            UNITED STATES DISTRICT JUDGE

---

Bakhit v. Polar Air Cargo World Wide, Inc.,
STIPULATION AND [PROPOSED]
ORDER SUBSTITUTING PLAINTIFF MARK BAKHIT, PRO SE, FOR ROBERT LUBIN AND JOSEPH CAMENZIND, IV

- 2 -

*LAW OFFICES OF ROBERT LUBIN*
ROBERT M. LUBIN, ESQ. (055863)
JOSEPH CAMENZIND, IV (244154)
177 Bovet Road, Suite 600
San Mateo CA 94402
Telephone:  650.638-2331
Facsimile:   650.638-1005

Attorneys for MARK BAKHIT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK DAVID BAKHIT,<br><br>    Plaintiff,<br><br>vs.<br><br>POLAR AIR CARGO WORLD WIDE,<br>and DOES 1 through 50, inclusive<br><br>    Defendants. | CASE NO. CV-10-01927-BZ<br><br>**CERTIFICATE OF SERVICE** |

BAKHIT v POLAR AIR CARGO WORLD WIDE, et al                       CASE NO. CV-10-01927-BZ
CERTIFICATE OF SERVICE

- 2 -

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 111 North Market Street, Suite 300, San Jose, California 95113. On August 25, 2011, I served the within document(s):

- **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PLAINTIFF MARK BAKHIT, PRO SE, FOR ROBERT LUBIN AND JOSEPH CAMENZIND, IV**

☐ By facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (650)638-1005. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

X  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelop with postage thereon fully prepaid for deposit in the United States mail at San Mateo, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelop, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed ON THE ATTACHMENT to SWIFT ATTORNEY SERVICE to be served on the person(s) at the address(es) set forth below.

| | |
|---|---|
| MIKE MARGOLIS, ESQ. SBN: 087785<br>MARGOLIS & TISMAN LLP<br>444 South Flower Street, Suite 2300<br>Los Angeles, California 90071<br>Telephone: (213) 683-0300<br>Facsimile: (213) 683-0303 | MARK BAKHIT<br>1358 W. Seashore Dr.<br>Gilbert, AZ 85233<br>Telephone: (480) 203-9007 |

//

1   I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery pick-up box or office on the same day with postage or fees thereon fully paid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 25, 2011, at San Mateo, California.

_____
Patsy Nicklin

BAKHIT v POLAR AIR CARGO WORLD WIDE , et al       CASE NO. CV-10-01927-BZ
CERTIFICATE OF SERVICE

- 3 -